UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STORYLINES GLOBAL INC.,

                Plaintiff,

– against –

A2 GROUP INC.,

                Defendant.

**ORDER**

25 Civ. 817 (ER)

Ramos, D.J.:

    This action was filed on January 28, 2025, and an electronic summons was issued on February 10, 2025. Docs. 1, 8. Since then, there has been no further activity in this case.

    Storylines Global Inc. is therefore instructed to submit a status report by no later than September 11, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    September 4, 2025
              New York, New York

                                                              EDGARDO RAMOS, U.S.D.J.