#### IN THE UNITED STATES DISTRICT COURT,
#### IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STORYLINES GLOBAL INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **A2 GROUP INC.**, <br><br> Defendant. | ORDER <br><br> Case No. 1:25-cv-817-ER <br><br> Judge Edgardo Ramos |

Upon consideration of Plaintiff's Response to the Court's Order of September 4, 2025 (ECF 9), and for good cause shown, it is hereby ORDERED that Plaintiff is granted an extension of time until October 11, 2025, to serve the Summons and Complaint on Defendant pursuant to Fed. R. Civ. P. 4(m). Plaintiff shall file proof of service by no later than October 18, 2025.

SO ORDERED.

Dated:   September 12 , 2025
         New York, New York

_____
Edgardo Ramos, U.S.D.J.

1