UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STORYLINES GLOBAL INC.,

                  Plaintiff,

        – *against* –

A2 GROUP INC.,

               Defendants.

**ORDER**

25-cv-00817 (ER)

RAMOS, D.J.:

Storylines Global Inc. brought this action on January 28, 2025.  Doc. 1.  Electronic summons issued on February 10, 2025.  Doc. 8.  After almost seven months without activity, on September 4, 2025, the Court instructed Storylines Global to submit a status report and noted that a failure to do so may result in dismissal of the case for failure to prosecute.  Doc. 9.  On September 11, 2025, Storylines Global filed a status report, requesting an extension on the service deadlines of Rule 4(m) until October 11, 2025.  Doc. 10.  Storylines Global explained that the delay was due to "unforeseen internal administrative and logistical issues within Plaintiff's organization," but that the issues "have now been substantially resolved, allowing Plaintiff to proceed promptly."  *Id.* at 1–2.  On September 12, 2025, the Court granted the request.  Doc. 11.  Since then, there has been no activity in the case.

Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

Over one year has passed since Storylines Global filed the complaint and over four months have passed since the Court's extended service deadline of October 11, 2025.  However,

to date, Storylines Global has not effectuated service or otherwise communicated with the Court.

Accordingly, the Court dismisses the action without prejudice.  The Clerk of Court is

respectfully directed to close the case.

It is SO ORDERED.

Dated:   February 12, 2026
         New York, New York

EDGARDO RAMOS, U.S.D.J.

2